[No. 17541-3-III.    Division Three.    November 23, 1999.]

THE STATE OF WASHINGTON, *Appellant*, V. AMEL WILLIAM
DALLUGE, *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 97-1-00540-2, Evan E. Sperline, J., entered
May 12, 1998. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred
in by Schultheis, C.J., and Kato, J.

[No. 23614-1-II.    Division Two.    November 24, 1999.]

WILLIAM J. SESKO, ET AL., *Appellants*, V. THE CITY OF
BREMERTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-2-01009-1, Thurman Lowans, J. Pro Tem.,
entered July 27, 1998. *Reversed* by unpublished opinion
per Morgan, J., concurred in by Armstrong, A.C.J., and
Houghton, J.

[No. 22968-4-II.    Division Two.    November 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. AUGUSTIN
SARCO-MONTIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 97-1-01050-8, Don L. McCulloch, J., entered
February 19, 1998. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater, C.J., and
Morgan, J.

[No. 43187-1-I.    Division One.    November 29, 1999.]

VERA OLLMANN, *Appellant*, V. MULTI-SERVICE CENTERS OF
NORTH AND EAST KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-00910-3, LeRoy McCullough, J., entered
July 14, 1998. *Reversed* by unpublished per curiam opinion.